IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) | 8:12CR296 |
| vs. )<br>) | ORDER |
| OSCAR MARTINEZ-CASTRO, )<br>)<br>Defendant. )<br>) | |

This matter is before the court on the defendant's motion to continue trial [22] due to an investigation into citizenship.   For good cause shown,

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1.  The jury trial now set for November 27, 2012 is continued to **January 29, 2013.**

2.  Defendant is ordered to file a waiver of speedy trial as soon as practicable

3.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 29, 2013**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel for the defendant  the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED November 16, 2012.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**